IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARES MOHAMMED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Civil Action No. 1:19-cv-3258 |

**DEFENDANT'S MOTION TO QUASH PLAINTIFF'S SUBPOENAS SERVED ON SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. AND MATRIX ABSENCE MANAGEMENT SERVICES, INC.**

Pursuant to Federal Rules of Civil Procedure 26 and 45, Defendant The Prudential Insurance Company of America ("Prudential" or "Defendant"), by counsel, hereby moves to quash Plaintiff's subpoenas to Sedgwick Claims Management Services, Inc. and Matrix Absence Management Services Inc., for the reasons set forth in the accompanying memorandum of law.

61179576v.3

**DATED: February 4, 2020**  Respectfully submitted,

                                        THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA


By:   */s/ Jennifer E. Burgess*
      One of Its Attorneys

Samuel M. Schwartz-Fenwick
sschwartz-fenwick@seyfarth.com
Jennifer E. Burgess, Bar No. 6292478
jeburgess@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:	(312) 460-5000
Facsimile:	(312) 460-7000

2

## CERTIFICATE OF SERVICE

I do hereby certify that on February 4, 2020, I electronically filed the foregoing DEFENDANT'S MOTION TO QUASH PLAINTIFF'S SUBPOENAS SERVED ON SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. AND MATRIX ABSENCE MANAGEMENT SERVICES, INC., using the Court's CM/ECF method, and will send notification of such filing via U.S. Mail to the following:

> Michael Bartolic
> The Law Offices of Michael Bartolic, LLC
> 208 South LaSalle St. Suite 1420
> Chicago, IL 60604-1254
> Telephone: 312-635-1600
> Facsimile: 312-635-1601
> Email: mbartolic@michaelbartolic.com
>
> Attorney for Plaintiff

*/s/ Jennifer E. Burgess*
Jennifer E. Burgess

61179576v.3